UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY __OMZ__ D.C.

JUN 28 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Civil Case Number: _____

__Scott R Selger__
(Write the full name of the plaintiff)

vs.

__Monroe County Correctional Facility__
__Monroe County Sheriff's Office__
__Nurse "Maddy" Madeline (would not provide last name)__
__Nurse Erin (would not provide last name)__
(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

A. Plaintiff: __Scott Selger__

Address: __5501 College Rd Key West FL 33040__

Inmate/Prison No.: __19022377__

Year of Birth: __1973__ (Do **not** include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: __Monroe County Sheriff's Office__ Defendant: __Monroe County Corr. Fac. Psychiatric Dept.__

Official Position: __Correctional Facility__   Official Position: __Nurses__

Place of Employment: __5501 College Rd Key West FL 33040__   Place of Employment: __5501 College Rd Key West FL 33040__

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

(See Additional Sheet)

Defendents                                6/16/22

Monroe County Correctional Facility
5501 College rd
Key West FL 33040

Monroe County Sheriff's Office
 operating at
5501 College Rd
Key West FL 33040

Erin %n Unknown      Facility would not divulge
Employed at MCCF    nurses last name
Psychiatric Nurse contracted through Wellpath
5501 College Rd
Key West FL 33040

Maddy %n Unknown    Facility would not divulge
Employed at MCCF    nurses last name
Psychiatric Nurse contracted through Wellpath
5501 College Rd
Key West FL

Under penalty of perjury I swear the following
is true and Correct

6/16/22                  [signature]  Scott Selger

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Monroe County Correctional Facility's Psychiatric Department cannot and will not meet the psychiatric needs of inmates. They have no full time psychiatrist. Doctor after doctor has quit and left gaps of operational negligence that is directly affecting the mental health of patient/inmates. The facility will not employ an interim doctor until a permanent one can be found. I arrived here at MCCF on 08/21/21 with a valid prescription for anti-depressants/anti-anxiety medication. My prescription was immediately stopped because there was no doctor here to re-issue my Deliberate Indifference/   (Continued on accompanied paper)

## III. Relief Requested   Medical Malpractice

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

① $150,000⁰⁰ Pain and Suffering
② Mandate by court compelling either full time psychiatric doctor or mandatory visits by outside doctor at least once a month
③ Competent review of all psychiatric patient/inmate records

②

(continued form)
prescription. MCCF psychiatric nurses used evasive stalling techniques and outright lies in an attempt to placate myself and others for months on end. We were told to "stretch" for depression and anxiety. It was 2½ months before a new doctor would see patients. Then another few months before counseling, adjustments, or patient input would be heard. Without medication it seemed like an eternity. Now in May of 2022 the doctor has quit again. Stalling, placating, and refusal to answer have resumed. I have copies of all correspondence with the psychiatric department from 9/1/21 to present (including responses). I was taking 40 mg of one type of SSRI and the doctor changed it to a different brand of the same type of medication that still doesn't work. A relevant analogy would be taking 2 tylenol, not receiving relief, and then taking 1 generic tylenol expecting results. The mentally ill are housed with general population which often creates problems. I have approached this problem from every possible avenue, even attempting to appeal to their logic and humanity. No relief is being offered and I and many others have been suffering for months on end. They never did restart my original medication at the original dosage. I seek relief from the court.

Under penalty of perjury I swear the following is true and correct.
6/16/22

Signed
Scott Selget

Selser 19022577
5501 College Rd
Key West FL 33040

Legal Mail

U.S.M.S. INSPECTED BY:

Clerks Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N
Miami Florida 33128-7716

THIS LETTER IS FROM AN
INMATE/DETAINEE AT THE
MONROE COUNTY DETENTION CENTER
5501 COLLEGE ROAD, KEY WEST, FL 33040
ALL INCOMING MAIL MUST HAVE THE SENDERS
FULL NAME AND ADDRESS
INMATE/DETAINEE FULL NAME
PACKAGES, CASH, MONEY ORDERS OR PERSONEL
ITEMS, UNAUTHORIZED ITEMS WILL BE RETURNED
TO SENDER

THIS LETTER IS FROM AN
INMATE/DETAINEE AT THE
MONROE COUNTY DETENTION CENTER
5501 COLLEGE ROAD, KEY WEST, FL 33040
ALL INCOMING MAIL MUST HAVE THE SENDERS
FULL NAME AND ADDRESS
INMATE/DETAINEE FULL NAME
PACKAGES, CASH, MONEY ORDERS OR PERSONEL
ITEMS, UNAUTHORIZED ITEMS WILL BE RETURNED
TO SENDER